IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DANA SAUNDERS, *On Behalf of Herself and All Others Similarly Situated*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SISU ENERGY, LLC and JIM GRUNDY, *Individually*, | ) | |
| | ) | |
| Defendants. | ) | Civil Action No. 3:20-CV-0769-C |

## JUDGMENT PURSUANT TO RULE 54(b)

On this day, the Court granted in part Defendants' Motion for Summary Judgment. There is no just reason for delay in entering a final judgment and final judgment should be entered pursuant to Federal Rule of Civil Procedure 54(b).

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that all claims asserted against Defendant Jim Grundy be **DISMISSED** with prejudice. This judgment shall be a final judgment pursuant to Federal Rule of Civil Procedure 54(b).

SIGNED this ___16th___ day of August, 2021.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE